LAWRENCE G. BROWN
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and ALEX ALARCON, JR., Revenue Officer, Internal Revenue Service, Petitioners, v. MARTIN FLORES, Respondent. | 2:09-mc-00075-MCE-EFB **ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT** Taxpayer: MR. MARTIN FLORES and MRS. EDUVIJES A. FLORES Date: Wednesday, October 14, 2009 Time: 10:00 a.m. Ctrm: Honorable Edmund F. Brennan (# 25, 8th Floor) |
|---|---|

Upon the petition of LAWRENCE G. BROWN, United States Attorney for the Eastern District of California, and the Exhibit attached thereto, including the verification of Revenue Officer ALEX ALARCON, it is hereby:

ORDERED that the Respondent, MARTIN FLORES, appear before United States Magistrate Judge Edmund F. Brennan, in that Magistrate Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on Wednesday, October 14, 2009, at 10:00 a.m., to show cause why the respondent should not be compelled to obey the Internal Revenue Service summons issued on May 6, 2009.

It is further ORDERED that:

///

1. The undersigned United States Magistrate Judge intends to preside, under 28 U.S.C. Section 636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above. After hearing, the Magistrate Judge intends to submit proposed findings and recommendations under Local Rule 72-304(a), with the original thereof filed by the Clerk and a copy provided to all parties.

2. The court hereby appoints the group manager of the petitioning Internal Revenue Service employee, and all federal employees designated by that group manager, under Fed. R. Civ. P. 4(c)(1), to serve process in this case.

3. A copy of this order, the Verified Petition and its Exhibit, and the Points and Authorities, shall be served by delivering a copy to the respondent personally or by leaving a copy at the respondent's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein, within 21 days of the date this order is served upon the United States Attorney.

4. Proof of any service shall be filed with the Clerk as soon as practicable.

5. The file reflects a prima facie showing that the investigation is conducted pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been followed. *United States v. Powell*, 379 U.S. 48, 57-58 (1964). The burden of coming forward therefore has shifted to whoever might oppose enforcement.

6. If the respondent has any defense or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk and a copy served on the United States Attorney at least 10 days prior to the date set for the show cause hearing.

7. At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered. Any uncontested allegation in the petition will be considered admitted.

8. The respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days prior to the date set for the show cause hearing, that the respondent has no objections to enforcement of the summons. The respondent's appearance at the hearing will then be excused.

DATED: August 21, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE