LAWRENCE G. BROWN
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and ALEX ALARCON, JR., Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>MARTIN FLORES,<br><br>Respondent. | 2:09-mc-00075-MCA-EFB<br><br>**PETITIONERS' REQUEST FOR CONTINUANCE OF SHOW-CAUSE HEARING**<br><br>Taxpayer: MR. MARTIN FLORES and MRS. EDUVIJES A. FLORES<br><br>Date: Wednesday, December 2, 2009<br>Time: 10:00 a.m.<br>Ctrm: 25 (Honorable Edmund F. Brennan, 8th Floor) |

Petitioners request a continuance of the summons enforcement hearing set by an OSC filed August 21, 2009, and currently scheduled for Wednesday, October 14, 2009, to Wednesday, December 2, 2009, at 10:00 a.m. The additional time is needed to make further attempts at personal service upon the respondent, MARTIN FLORES. A proposed Order is attached.

Dated: October 6, 2009

                                                LAWRENCE G. BROWN
                                                United States Attorney

                                   By:    */s/ Y H T Himel*
                                                YOSHINORI H. T. HIMEL
                                                Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Show-Cause Hearing originally set for October 14, 2009, is hereby CONTINUED to Wednesday, December 2, 2009, at 10:00 a.m. in Courtroom 25.

DATED: October 7, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE